**Page 1**
Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Trenton
---------------------------------X

Order Filed on August 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

    GLORIA GITTENS

        **Chapter 13**
        Case No. 17-13926

Debtor
---------------------------------X

   **AMENDED ORDER PERMITTING DEBTOR GLORIA GITTENS TO CONDUCT HER CREDITORS' MEETING VIA TELEPHONE**

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 9, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Gloria Gittens
Case No.: 17-13926
Caption: AMENDED ORDER PERMITTING DEBTOR GLORIA GITTENS TO CONDUCT HER CREDITORS' MEETING VIA TELEPHONE

----------------------------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order permitting debtor Gloria Gittens to conduct her creditors' meeting via telephone, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtor, Gloria Gittens will be permitted to appear at his creditors' meeting via telephone; and it is further

**ORDERED,** that any documentation requested by the Chapter 13 trustee must be provided prior to the scheduling of the 341 hearing; and it is further

**ORDERED,** that counsel for the debtor will serve all creditors with the date and time of the hearing once scheduled by the Chapter 13 Trustee; and it is further

**ORDERED,** that counsel for the Debtor will set up the telephone conference with the Debtor and provide access for any creditor wishing to appear telephonically; and it is further

**ORDERED,** that any documentation requested by the Chapter 13 trustee must be provided prior to the scheduling of the 341 hearing; and it is further

**ORDERED,** that counsel, or an associate, for the debtor will be present and will personally inspect he Debtor's social security card and photo identification.