**Page 1**

Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Trenton
--------------------------------X

**Order Filed on August 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

     GLORIA GITTENS

                            **Chapter 13**
                            Case No. 17-13926

Debtor
--------------------------------X

   **AMENDED ORDER PERMITTING DEBTOR GLORIA GITTENS TO CONDUCT HER
CREDITORS' MEETING VIA TELEPHONE**

    The relief set forth on the following pages, numbered two (2)
through two (2) is hereby **ORDERED.**

**DATED: August 9, 2017**

_____
     Honorable John K. Sherwood
     United States Bankruptcy Court

Case 17-13926-JKS   Doc 32   Filed 08/11/17   Entered 08/12/17 00:36:44   Desc Imaged
Certificate of Notice   Page 2 of 3

**Page 2**
Debtor:  Gloria Gittens
Case No.:  17-13926
Caption: AMENDED ORDER PERMITTING DEBTOR GLORIA GITTENS TO CONDUCT
HER CREDITORS' MEETING VIA TELEPHONE

----------------------------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order permitting debtor Gloria Gittens to conduct her creditors' meeting via telephone, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtor, Gloria Gittens will be permitted to appear at his creditors' meeting via telephone; and it is further

**ORDERED,** that any documentation requested by the Chapter 13 trustee must be provided prior to the scheduling of the 341 hearing; and it is further

**ORDERED,** that counsel for the debtor will serve all creditors with the date and time of the hearing once scheduled by the Chapter 13 Trustee; and it is further

**ORDERED,** that counsel for the Debtor will set up the telephone conference with the Debtor and provide access for any creditor wishing to appear telephonically; and it is further

**ORDERED,** that any documentation requested by the Chapter 13 trustee must be provided prior to the scheduling of the 341 hearing; and it is further

**ORDERED,** that counsel, or an associate, for the debtor will be present and will personally inspect he Debtor's social security card and photo identification.

United States Bankruptcy Court
District of New Jersey

In re:
Gloria L. Gittens
      Debtor

Case No. 17-13926-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 09, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db               +Gloria L. Gittens,    125 Garfield Avenue,    Jersey City, NJ 07305-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         Jeffrey Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,   NJ19@ecfcbis.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas Fitzgerald    on behalf of Debtor Gloria L. Gittens nickfitz.law@gmail.com
         Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
         Sarah J. Crouch    on behalf of Debtor Gloria L. Gittens nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;r53165@notify.bestcase.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                       TOTAL: 7