Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.:  17−13926−JKS
                                                  Chapter:  13
                                                  Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloria L. Gittens
   125 Garfield Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2911

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/25/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 28, 2017
JAN: zlh

                                                                               Jeanne Naughton
                                                                               Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 17-13926-JKS
Gloria L. Gittens                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Aug 28, 2017
                              Form ID: 148             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.

```
db            +Gloria L. Gittens,    125 Garfield Avenue,    Jersey City, NJ 07305-2402
cr            +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
516673919      Bank Of America Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
516673920     +JFK Hartwyck at Edison Estate,    10 Brunswick Avenue,    Edison, NJ 08817-2507
516878959     +JFK Hartwyck at Edison Estates,    Paula Kaplan,    55 Morris Ave., Ste 200,
                Springfield NJ 07081-1422
516673921     +On Time Ambulance,    135 E Highland Parkway A,    Roselle, NJ 07203-2602
516673923     +Prudent Medical Associates LLC,    220 Bridge Street E,    Metuchen, NJ 08840-2291
516673925     +United Resource System,    3501 S Teller St,    Lakewood, CO 80235-2011
516673927      WFFNB,   PO Box 248872,    Oklahoma City, OK 73124-8872
516673926     +Wfffinancial,    PO Box 94423,    Albuquerque, NM 87199-4423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2017 22:37:30      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2017 22:37:26      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516673917      EDI: BANKAMER.COM Aug 28 2017 22:23:00      Bank Of America,   Po Box 15222,
                Wilmington, DE 19886-5222
516673918     +EDI: BANKAMER.COM Aug 28 2017 22:23:00      Bank Of America Home Loans,   7105 Corporate Drive,
                MSN: PTX-C-35,   Plano, TX 75024-4100
516673922      EDI: PRA.COM Aug 28 2017 22:23:00      Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516673924     +E-mail/Text: bankruptcy@savit.com Aug 28 2017 22:38:10      Savit Coll,   Po Box 250,
                East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Gloria L. Gittens nickfitz.law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Sarah J. Crouch    on behalf of Debtor Gloria L. Gittens nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```